THE OTTAWA UNIVERSITY v. H. P. WELSH, *et al.*

ATTORNEY'S SERVICES. The rule for determining the value of the services rendered by an attorney at law, stated in *Ottawa University v. Parkinson*, (ante, p. 159,) approved and followed.

*Error from Franklin District Court.*

THE action below was by *H. P. Welsh* and *A. W. Benson*, as partners, to recover for services rendered by them for plaintiff in error. The plaintiffs had judgment, at the March Term 1874 of the district court, for $1,000, and costs, and the defendant brings the case here on error. No briefs.

*John W. Deford*, for plaintiff in error.
*Welsh & Benson*, defendants in error, for themselves.

*By the Court*, KINGMAN, C. J.: The only error alleged in this case is the same as the first considered in the case of the *Ottawa University v. Parkinson*, just decided; and for the reasons therein given the judgment in this case is affirmed.

All the Justices concurring.